UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR 25-153 JWB/DJF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | 18 U.S.C. § 115(a)(1)(B) |
| | ) | 18 U.S.C. § 875(c) |
| v. | ) | |
| MICHAEL PAUL LEWIS, | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Threatening To Murder a United States Official)

On or about March 26, 2025, in the State and District of Minnesota, the defendant,

**MICHAEL PAUL LEWIS,**

did threaten to murder Victim A, a United States Congressperson, with intent to impede, intimidate, and interfere with Victim A while Victim A was engaged in the performance of Victim A's official duties, all in violation of Title 18, United States Code, Section 115(a)(1)(B).

### COUNT 2
(Interstate Transmission of a Threat To Injure the Person of Another)

On or about March 26, 2025, in the State and District of Minnesota, the defendant,

**MICHAEL PAUL LEWIS,**

knowingly and willfully did transmit in interstate and foreign commerce a

SCANNED
APR 1 7 2025
U.S. DISTRICT COURT MPLS

*United States v. Michael Paul Lewis*

communication, specifically, a phone call from Minnesota to the U.S. Congressional Field Office of Victim A, and the communication contained a threat to injure Victim A, all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____  _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

2