AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RID # 11794249

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Paul Lewis (1) | ) | Case No. CR 25-153 JWB/DJF |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

RECEIVED
APR 2 1 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Michael Paul Lewis,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Threatening To Murder a United States Official, 18:115(a)(1)(B);
Count 2: Interstate Transmission of a Threat To Injure the Person of Another, 18:875(c).

Date: 04/17/2025

*M. Fogarty*
*Issuing officer's signature*

City and state: Minneapolis, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
|---|

SCANNED
APR 2 2 2025
U.S. DISTRICT COURT MPLS

Date: _____

ARRESTED ON 4/17/2025
ARRESTED BY FBI
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

_____
*Printed name and title*