IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| UNITED STATES OF AMERICA, | ) | COURT MINUTES - CRIMINAL |
|---|---|---|
| | ) | BEFORE:  DULCE J. FOSTER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  25-cr-153 JWB/DJF |
| | ) | Date:  April 23, 2025 |
| Michael Paul Lewis, | ) | Court Reporter:  Lori Simpson |
| | ) | Courthouse:  Minneapolis |
| Defendant, | ) | Courtroom:  8E |
| | | Time Commenced:  10:05 a.m. |
| | | Time Concluded:  10:39 a.m. |
| | | Time in Court:  34 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Andrew Winter, Assistant U.S. Attorney
  Defendant:  Kate Adams, Assistant Federal Public Defender
          X FPD

On X Indictment

X Personal Recognizance Bond with conditions, see Order Setting Conditions of Release.

Additional Information:

Defendant arraigned, see arraignment minutes and order.
-Govt admits Exhibit 1.
-Defense admits Exhibits 1-2.

                                                                           _s/*aln*_
                                                   Signature of Criminal Duty Clerk