UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No: 25-cr-00153 (JWB/DJF)

UNITED STATES OF AMERICA

        Plaintiff,

v.                                                   **NOTICE OF APPEARANCE**

Michael Paul Lewis,

        Defendant.

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Nicole Kettwick shall appear as counsel of record for Michael Paul Lewis, the Defendant in this case.

Dated: May 7, 2025

                                                                                                                                                                                                      _____

Nicole A. Kettwick, Attorney No. 391329
Brandt Kettwick Defense
2150 3rd Avenue N, Suite 210
Anoka, MN 55303
nkettwick@bkdefense.com
763.421.6366