UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No: 25-cr-0153 (JWB/DJF) |
| Plaintiff, | |
| v. | **ORDER ON MOTION FOR EXTENSION OF TIME** |
| Michael Paul Lewis, | |
| Defendant. | |

This matter is before the Court on Defendant Michael Paul Lewis' Motion to Exclude Time Under the Speedy Trial Act (ECF No. 20) ("Motion"). The Motion seeks to extend the speedy trial deadlines by 30 days. As grounds for the requested extension, defense counsel states additional time is needed to review discovery and to negotiate potential resolutions with the government. The Court construes the Motion as a request for a 30-day extension of time to file pretrial motions, to continue the motions hearing, and to exclude time from the Speedy Trial Act calculations in this case. The Court has reviewed the Motion (ECF No. 20) and finds good cause to grant it.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion to Exclude Time Under the Speedy Trial Act (ECF No. 20) is **GRANTED** as follows:

1. Defendant's pretrial motions must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 and Local Rule 12.1(c) on or before **June 23, 2025**.

2. **Counsel must electronically file a letter on or before June 23, 2025, if no motions will be filed and there is no need for hearing**.

3. All responses to motions, along with a Notice of Intent to Call Witnesses, must be filed by **July 7, 2025**, in accordance with Local Rule 12.1(c)(3)(A).

4.  Any Responsive Notice of Intent to Call Witnesses must be filed by **July 10, 2025**, in accordance with Local Rule 12.1(c)(3)(B).

5.  The motions hearing currently scheduled for **June 18, 2025 at 9:30 a.m.** is **CANCELED**.

6.  A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(b) and (c) if:

    a.  The United States makes timely disclosures and the Defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b.  Oral argument is requested by either party in its motion, objection or response pleadings.

7.  If required, a motions hearing will be held before Magistrate Judge Dulce J. Foster on **July 23, 2025 at 1:30 p.m.**, in **Courtroom 8E**, United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota 55415.

8.  Trial and trial related dates will be set by separate Order.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting a continuance outweigh the best interest of the public and Defendant in a speedy trial. This finding is based on all the files and proceedings herein, including the facts set forth in the motion and the supporting documents. Accordingly, the period of time from **May 23, 2025,** the prior motions deadline, **through June 23, 2025,** the new motions deadline, shall be excluded from the Speedy Trial Act computations in this case.

Dated:   May 21, 2025         *s/ Dulce J. Foster*
                              DULCE J. FOSTER
                              United States Magistrate Judge