# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | Case No: 25-CR-153 (1) JWB/DJF |
| v. | Date: September 3, 2025 |
| | Court Reporter: Erin Drost |
| MICHAEL PAUL LEWIS, | Courthouse: St. Paul |
| | Courtroom: 7A |
| Defendant. | Time Commenced: 2:22 p.m. |
| | Time Concluded: 2:58 p.m. |
| | Time in Court: 36 Minutes |

Before Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

    For Plaintiff:    LeeAnn K. Bell, Assistant United States Attorney
    For Defendant:    Nicole A. Kettwick, Retained

PROCEEDINGS:
☒ **Change of Plea Hearing.**
☒ PLEA:
    ☒ Guilty as to Count 1 of the Indictment.
☒ Presentence Investigation and Report requested.
☒ Bond continued.

                                                                          s/ D. Dodd
                                                                          Courtroom Deputy