# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 25-CR-153(1) JWB/DJF |
| MICHAEL PAUL LEWIS, Defendant. | Date: March 11, 2026 |
| | Court Reporter: Lynne Krenz |
| | Courthouse: St. Paul |
| | Courtroom: 7A |
| | Time Commenced: 2:05 PM |
| | Time Concluded: 2:43PM |
| | Time in Court: 38 Minutes |

Before Judge Jerry W. Blackwell, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:

   For Plaintiff:   Nathan Nelson, Assistant United States Attorney
   For Defendant:   Nicole A. Kettwick, Retained

x **Sentencing.**

IT IS ORDERED:   Defendant is sentenced to:

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 5 months | | 1 years | | |

x   Special conditions of :   **See J&C for special conditions**
    x   Defendant sentenced to pay:
        x Fine in the amount of $5,500.00.
        x   Special assessment in the amount of $100.00.
x   Plea and plea agreement accepted.
x   Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released, with a voluntary surrender date of May 12, 2026.
x   On Motion of the Gov't., the remaining count is dismissed.
x   Docket nos.: 47 - 54 shall remain sealed until March 11, 2031.

                                                                                 s/D. Dodd
                                                                                Courtroom Deputy